**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 8, 2019 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-18-5127 (ILG) |
| **NAME OF CASE(S):** | **BELLONY -V- CITY OF NEW YORK, ET AL.** |
| **FOR PLAINTIFF(S):** | Harvis, Fett |
| **FOR DEFENDANT(S):** | Weiner |
| **NEXT CONFERENCE(S):** | **MARCH 8, 2019 AT 10:30 A.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 10:47 - 10:56 |

**RULINGS FROM INITIAL CONFERENCE:**

Court will provide Plaintiff with 60 days to retain new counsel. Plaintiff was directed to have his new attorney file a notice of appearance as soon as possible. The Court will grant the Motion to Withdraw [30] once new counsel appears or at the adjourned initial conference, which will now be held on March 8, 2019 at 10:30 a.m. Plaintiff is directed to appear at the conference personally unless a new attorney has been retained and will appear on his behalf.