UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
BERNARD BELLONY,

        Plaintiff,

  -against-

CITY OF NEW YORK, et al.,

        Defendants.
---------------------------------------------------------x

ORDER
18-CV-5127

GLASSER, Senior United States District Judge:

A *sua sponte* recommendation was made by Magistrate Judge Tiscione that this action be dismissed. In his Report in support of his recommendation, he has methodically related, chronologically, every significant fact to which he applied the relevant law compelling his recommendation.

The time within which any objection to his Report should have been filed has expired and no objection has been made. The recommendation is, therefore, adopted and this action is dismissed.

      SO ORDERED.

Dated:    Brooklyn, New York
           June 17, 2019

                                              /s/_____
                                              I. Leo Glasser
                                              Senior United States District Judge

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 17 2019 ★
BROOKLYN OFFICE